# FORM A

### CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
### UNDER 42 U.S.C. § 1983 or
Rev. 10/10                   ### UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

**FILED**

JAMES J. VILT, JR. - CLERK

APR - 9 2021

**U.S. DISTRICT COURT**
**WEST'N. DIST. KENTUCKY**

Mr.RONNY DEVIOD WALKER SR., No.21-5021:

Petitioner-Appellant,#237044

Luther Luckett Correctional Complex:
(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:21CV-225-DJH
(To be supplied by the clerk)

Case: 3:17-cv-00541-DJH-CHL,Document 76;

AMY ROBEY,Interim Warden;et al.,

COMMONWEALTH OF KENTUCKY,APPEAL:        (X ) DEMAND FOR JURY TRIAL

Magistrate,Colin H. Lindsay              (_) NO JURY TRIAL DEMAND
                                              (Check only one)

And: David J. HALE,District Court:
(Full name of the Defendant(s) in this action)

## I.   PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff:   Mr. RONNY DEVIOD WALKER SR.,RON D.M'C. WALKER.

Place of Confinement: Luther Luckett Correctional Complex.,

Address: Dorm 7D/B 243 L:1612 Dawkins Road.,P.O. Box 6,LaGrange,KY.
                                                            40031-0006.

Status of Plaintiff: CONVICTED ( X ) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff:_____

Place of Confinement: _____

Address: (LLCC): 1612 Dawkins Road; P.O.Box 6,LaGrange,KY.40031-0006.

Status of Plaintiff: CONVICTED ( X ) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: RON DMC.,RONNY DEVIOD WALKER SR.,

Place of Confinement: (SAME):

Address: (SAME):

Status of Plaintiff: CONVICTED ( X ) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant AMY ROBEY, Interoim Warden.,et al..,  is employed

as WARDEN Habeas action  at Luther Luckett Corr Complex .

The Defendant is being sued in his/her (___) individual and/or ( x ) official capacity.

(2) Defendant Colin H. Lindsay  is employed

as Magistrate ,Judge  at United States District Court,Western

The Defendant is being sued in his/her (___) individual and/or ( X ) official capacity.

(3) Defendant David J.Hale  is employed

as Judge  at United States District Court,Western

The Defendant is being sued in his/her (___) individual and/or ( X ) official capacity.

(4) Defendant N/A  is employed

as  at .

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES ( X ) NO (___)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):   Mr.RONNY D.WALKER Sr.

Pro-se;237044

Defendant(s):  Detective:Tony Finch#2708 Perjury

Walker v.Commonwealth 349 S.W.3d 307,2011 ky

2010-SC-000409=MR:SUPREME COURT OF KENTUCKY,,

Court (if federal court, name the district.  If state court, name the county):

SUPREME COURT OF KENTUCKY 349 S.W.3d 307;2011ky.LEXIS 135

Docket number:  ____2010-sc-000409-MR____

Name of judge to whom the case was assigned:  __JUSTICE ABRAMSON__

Type of case (for example, habeas corpus or civil rights action): Civil-rights Class A:

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):
On going appeal?The court affirmed the judgment.Denial:

Approximate date of filing lawsuit: September 22,2011:

Approximate date of disposition:  Case 3:17-cv-00541-DJH CHL:04/01/21..

3

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. (Batson Issue!!):

Comes now, Petitioner,Ronny D. Walker, pro-se Kentucky prisoner

pursuant to CR 60 (b)(6) And Rule of Civil procedure (6)(b)(1)(B)

and respectfully move to undo the court's order and allow Petitioner

to file a notice of appeal for the court's order denying Petitioner's

habeas petition.As grounds thereof,Petitioner states as follows:

Findings of fact and conclusions of law and recommendation by:Magistrate

Judge Colin H. Lindsay on 7/1/2019re 6Petition for Writ of Habeas Corpus.

Objections to Findings of Fact due by: 7/16/2019.For these reasons,the

undersigned RECOMMENDS that Walker's habas petition(DN6)be DENIED WITH

PREJUDICE and that a Certificate of Appealability be DENIED. This matter

DISMISSED and STRICKEN from the Court's active docket. NO certificate of

appealability shall issue with respect to any issue or claim raised in

this proceeding.(KD)(Entered:11/13/2019): On  12/06/2019. I filed Notice

appeal: On 12/30/2019.MOTION to Alter Judgment by Petitioner Ronny

Deviod Walker.On July 2,2019:(DN 40): Objected to Judge Lindsay's re-

commendations.The Court deny Walker's petition and that no certificate of

appealabily issue. Motion to correct judgment (D.N.18): On 03/05/2018.

The same thing before? This matter is referred to Magisrate JudgeColin

H. Lindsay pursuant to 28 U.S.C.* 636(b)(1)(A)&(B) for rulings on all non-

4

## III. STATEMENT OF CLAIM(S) continued

dispositive motions; for appropriate hearings,if necessary; and for findings of fact,conclusions,and recommendations on any dispositive matter.cc:Petitioner,Resp.,Atty. General,USMJ-CHL-CM.(ARM)(Entered: 03/05/2018):But the Atty.General;didn't Answer what was due what was 40 days. So now what is the matter on any dipositive pro se, filed a motion for evidentiary hearing and a motion for appointment of counsel 04/14,2018.MOTION FOR EXTENSION OF TIME TO FILE ANSWER,thirty (30) days, to and including May 14,2018,to file his anawer in opposition to the pet-ition and to produce the relevant portions of the state court proceedings in this matter. In support of this motion,the warden states as follows: The petition sets forth seven (7) claims for habeas relief (Id.). On March 5,2018, Judge Hale ordered the petition sered on the Attorney General of the Commonwealth of Kentucky, ordered respondent to answer the petition within forty (40) days and referred thr case to Magistrate Judge Lindsay(R3).(Conclusion):Petitioenr's Direct appeal Claims! Jeaously testimony of his own life DRAMA!"Misconduct dealing with the handling of peoples cases which can be shown with Peoples' proper Investigation.(2582#Homicide Det.R.Stalvey):Case officer agency #0403407! Interview by Detective Finch.Include any Notice of Appeal which they haven't received.,On January 23,2020.from the lagal mail-Room on the Deposit log out sheet docket show i mail-out?To:James J.Vilt;chief Deputy Clerk.. On July 2nd,mistakes fraud mail i haven't received it shows..

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_XX_   award money damages in the amount of $ ___1500.000.000.00 MILLION___

_X_   grant injunctive relief by ___A Motion for evidentiary hearing?___

_O_   award punitive damages in the amount of $ _____FIFTEEN MILLION___

_R/W_ other: _GoFunDme.com(HardTimes#ReFormsPrisonAct's.com):_

## V.   DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _7_ day of _April_____, 20_21_.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on ___04/07/2021._____.

_Mr. Ronny D. Walker Sr._
(Signature)

6





04/08/2021
US POSTAGE

LEGAL MAIL

Mr.RONNY DEVIOD WALKER SR.,
Luther Luckett Correctional Complex
Dorm 7D/BL/243: (237044):
1612 Dawkins Road;P.O. Box 6.
LaGrange,Kentucky.40031-0006.



UNITED STATES DISTRICT COURT
 OFFICE OF THE CLERK
Room 126 Federal Building
 423 Frederica Street
Owensboro,KY.42301-3013.